AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

GEORGE S. LOUIE

**SUMMONS IN A CIVIL CASE**

V.

ELENA SADUR, dba STATE FARM INSURANCE,
RAYMOND LEHMKUHL, et al

CASE NUMBER: C-08-02304 MEJ

TO: (Name and address of Defendant)

ELENA SADUR, dba STATE FARM INSURANACE, located at 5167 Clayton Rd, Concord CA, and RAYMOND LEHMKUHL; ALVIN LUI, dba STATE FARM INSURANACE, located at 3409 Mount Diablo Blvd., Lafayette, CA, and GILBERT LAZZARESCHI; LORI HOCK, dba STATE FARM INSURANACE, located at 550 Hartz Ave., Danville, CA, and RICHARD OLNESS and ELIZABETH OLNESS, STATE FARM BANK, 3 Bank Plaza, Bloomington, Il 61791

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF CHARLA R. DUKE
360 Grand Ave., Ste 150
Oakland, CA 94612

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

LARY JACKSON

(By) DEPUTY CLERK

JUN 2 6 2008

DATE

2002 © American LegalNet, Inc.