1  CHARLA R. DUKE, ESQ. SBN# 095518
   LAW OFFICES OF CHARLA R. DUKE
2  360 Grand Ave. Suite 150
3  Oakland , California 94610
   Telephone (510) 839-5453
4  Fax (510) 839-0343
   Attorney for Plaintiff
5  GEORGE S. LOUIE

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 GEORGE S. LOUIE,                    ) Case No.: C-08-02304 MEJ
                                       )
11         Plaintiff,                  )
                                       )
12     vs.                             )
                                       ) DISMISSAL  RULE 41 (a) (1)
13                                     ) DISMISSAL WITH PREJUDICE
   ELENA SADUR, dba STATE FARM         )
14 INSURANACE, located at 5167 Clayton Rd, )
   Concord CA, and RAYMOND             )
15 LEHMKUHL; ALVIN LUI, dba STATE      )
   FARM INSURANACE, located at 3409    )
16 Mount Diablo Blvd., Lafayette, CA, and )
17 GILBERT LAZZARESCHI; LORI HOCK, )
   dba STATE FARM INSURANACE, located )
18 at 550 Hartz Ave., Danville, CA,  and )
19 RICHARD OLNESS and ELIZABETH       )
   OLNESS; STATE FARM BANK,  3 State  )
20 Farm Plaza, Bloomington, Illinois, 61791 )
                                       )
21         Defendants.                 )
                                       )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25

26

27

28

LOUIE vs. STATE FARM, ET AL              1

1  Plaintiff GEORGE S. LOUIE, herby, **DISMISSES**, with prejudice, Defendants, ELENA
2  SADUR, ALVIN LUI and LORI HOCK only in the above referenced action. There has been
3  no appearance by Defendants, and therefore, no mutual signatures are required.
4
5
6
7                                              /s/
8  Dated: July 11, 2008                        CHARLA R. DUKE
                                               LAW OFFICES OF CHARLA R. DUKE
9                                              Attorney for Plaintiff
10                                             **GEORGE S. LOUIE**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28