1 CHARLA R. DUKE, ESQ. SBN# 095518
2 LAW OFFICES OF CHARLA R. DUKE
360 Grand Ave. Suite 150
3 Oakland , California 94610
Telephone (510) 839-5453
4 Fax (510) 839-0343
5 Attorney for Plaintiff
GEORGE S. LOUIE

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

10 GEORGE S. LOUIE,                                )   Case No.: C-08-02304 MEJ
                                                  )
11        Plaintiff,                              )   **Civil Rights**
                                                  )
12    vs.                                         )
                                                  )
13 ELENA SADUR, dba STATE FARM                    )   DISMISSAL  RULE 41 (a) (1)
   INSURANACE, located at 5167 Clayton Rd,        )   DISMISSAL WITHOUT PREJUDICE
14 Concord CA, and RAYMOND                        )
   LEHMKUHL; ALVIN LUI, dba STATE                 )   ORDER CLOSING FILE
15 FARM INSURANACE, located at 3409               )
16 Mount Diablo Blvd., Lafayette, CA, and         )
   GILBERT LAZZARESCHI; LORI HOCK,                )
17 dba STATE FARM INSURANACE, located             )
18 at 550 Hartz Ave., Danville, CA,  and          )
   RICHARD OLNESS and ELIZABETH                   )
19 OLNESS                                         )
                                                  )
20                                                )
          Defendants.                             )
21                                                )
                                                  )
22                                                )
                                                  )
23                                                )
                                                  )
24                                                )
                                                  )
25

26  Plaintiff GEORGE LOUIE, herby, **DISMISSES**, without prejudice, the entire, above-

27  referenced  action.

28

LOUIE vs. STATE FARM, ET AL                     1

| | |
|---|---|
| Dated: September 12, 2008 | /s/<br>CHARLA R. DUKE<br>LAW OFFICES OF CHARLA R. DUKE<br>Attorney for Plaintiff<br>**GEORGE S. LOUIE** |

The Clerk of Court shall close the file.

Dated: September 15, 2008



LOUIE vs. STATE FARM, ET AL       2